ACCEPTED
04-14-00363-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/14/2015 10:06:28 AM
KEITH HOTTLE
CLERK

IN THE COURT OF APPEALS
FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/14/2015 10:06:28 AM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| AUGUSTINE NWABUISI, | § | No. 04-14-00363 |
| ROSE NWABUISI, | § | |
| RESOURCE HEALTH SERVICES, INC. | § | |
| d/b/a RESOURCE HOME HEALTH | § | |
| SERVICES, INC., and RESOURCE | § | |
| CARE CORPORATION | § | |
| | § | |
| *Appellants*, | § | |
| | § | |
| vs. | § | |
| | § | |
| DANA D. MOHAMMADI, | § | |
| | § | |
| *Appellee*. | § | |

### APPELLEE'S MOTION FOR LEAVE TO FILE REPLY

TO THE HONORABLE COURT:

In accordance with Rule 8.5(b) of the Fourth Court of Appeals Local Rules, Appellee,

DANA D. MOHAMMADI, respectfully requests leave to file a reply to Appellants' Response

filed on June 29, 2015. A copy of the proposed reply is hereto attached as Exhibit A.

Dated: July 14, 2015.

Respectfully submitted,

By: /s/ Philip J. Moss
Philip J. Moss
State Bar No. 24074764
EQUAL JUSTICE CENTER
8301 Broadway St., Ste. 309
San Antonio, Texas 78209
Phone: (210) 308-6222 ext. 102
Fax: (210) 308-6223
E-mail: pmoss@equaljusticecenter.org

ATTORNEYS FOR APPELLEE